MELISSA HOLYOAK, United States Attorney (#9832)
PETE REICHMAN, Special Assistant United States Attorney (#15241)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 380-4678
Email: peterr@utahcounty.gov

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMILO HERNANDEZ JARA,<br><br>Defendant. | Case No. 2:26mj507 CMR<br><br>COMPLAINT<br><br>Count 1: 21 U.S.C. § 841(a)(1), Possession of Heroin with Intent to Distribute (> 100 grams)<br><br>Judge Cecilia M. Romero |

Before Judge Cecilia M. Romero, United States Magistrate Judge for the District of Utah, appears the undersigned, who on oath deposes and says:

**COUNT 1**
21 U.S.C. § 841(a)(1)
(Possession of Heroin with Intent to Distribute)

On or about June 8, 2026, in the District of Utah,

CAMILO HERNANDEZ JARA,

defendant herein, did knowingly and intentionally possess with intent to distribute one hundred (100) grams or more of a mixture or substance containing a detectable amount of Heroin, a Schedule I controlled substance, within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

## ELEMENTS

The elements of Count 1, Possession of Heroin with Intent to Distribute, a violation of 21 U.S.C. § 841(a)(1), are as follows:

1. The defendant possessed a mixture or substance containing Heroin, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812;

2. He did so knowingly and intentionally;

3. At the time the defendant possessed the mixture or substance containing Heroin, he intended to distribute it; and

4. The amount of Heroin he intended to distribute was 100 grams or more.

## STATEMENT OF PROBABLE CAUSE

Complainant, Holden Fielding, being duly sworn, hereby states that this Felony Complaint is based on information obtained through an investigation consisting of the following:

1. I am a Special Agent with the Department of Homeland Security Investigations and am currently assigned as a liaison with the Utah County Major Crimes Taks Force (UCMC) and am tasked with investigating drug trafficking in the District of Utah.

2. On June 8, 2026, law enforcement executed a search warrant at a residence in West Valley City, Utah. Prior to the execution of the search warrant, the target of the investigation was located in his vehicle and identified as Camilo Hernandez JARA. The search of JARA's vehicle revealed approximately 130 grams of heroin (field-tested positive).

3. JARA admitted that he was residing in Utah for the sole purpose of selling heroin and that law enforcement would find more heroin at his residence.

4. A search of JARA's residence revealed approximately 946 grams of heroin (field-tested positive).

5. Based on training and experience, I know that the quantity of heroin seized from

JARA is consistent with distribution as opposed to personal use.

6. Based on the foregoing information, I respectfully request an arrest warrant be issued for JARA for violations of 21 U.S.C. § 841(a)(1), Possession of Heroin with Intent to Distribute.

/s/ *Holden Fielding*
__________________________
Holden Fielding
Special Agent, HSI

SUBSCRIBED AND SWORN TO BEFORE ME this 10th day of June 2026.

Cecilia M. Romero
__________________________
Judge Cecilia M. Romero
United States Magistrate Judge

APPROVED AS TO FORM:

MELISSA HOLYOAK
United States Attorney

/s/ *Peter Reichman*
__________________________
Peter Reichman
Special Assistant United States Attorney